## Commonwealth *v.* Lane, Appellant.

Submitted December 2, 1974. *Robert W. Lees,* for appellant; *Harry M. Spaeth, Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is reversed and the record is remanded with directions that appellant be granted leave to amend his petition with the assistance of counsel in any manner within thirty (30) days. See *Commonwealth v. Fox,* 448 Pa. 491, 295 A.2d 285 (1972) ; *Commonwealth v. Cornitcher,* 447 Pa. 539, 291 A.2d 521 (1972). Whether an evidentiary hearing will then be warranted will be for the trial court to decide in the light of the developments.